(No. 6299— )

PATRICIA J. CALLAWAY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed January 11, 1972.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorneys for Claimant.

311

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.